```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :    MISDEMEANOR
                                     INFORMATION
        v.                      :
                                     08 Cr.
ANTONY D. BRINKLEY,             :

                Defendant.      :
- - - - - - - - - - - - - - - - X
```

**08CRIM 343**

COUNT ONE

The United States Attorney charges:

On or about August 22, 2005, up to and including on or about April 20, 2006, in the Southern District of New York and elsewhere, ANTONY D. BRINKLEY, the defendant, unlawfully, willfully, and knowingly, did obstruct and retard the passage of the mail, and a carrier and conveyance carrying the mail, to wit, BRINKLEY opened four bank accounts under his name but with false addresses thereby causing the United States Postal Service to deliver bank account statements related to those bank accounts to the false addresses.

(Title 18, United States Code, Section 1701.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 1 6 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANTONY D. BRINKLEY,

Defendant.

**MISDEMEANOR**
**INFORMATION**

08 Cr.

(18 U.S.C. § 1701.)

MICHAEL J. GARCIA
United States Attorney.