# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

July 23, 2008

**BY HAND**

Honorable James C. Francis, IV
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

JUL 2 4 2008

**Re: United States v. Anthony D. Brinkley**
   **08 CR 343 (JCF)**

Dear Judge Francis:

    I write to request a modification of Mr. Brinkley's bail conditions. Mr. Brinkley pled guilty before Your Honor on April 30, 2008 to a Class B misdemeanor and is currently awaiting sentencing on August 27, 2008. For the past seven months, Mr. Brinkley has been in full compliance with his bail conditions. As a condition of his bail, Mr. Brinkley has been residing at the Riverside Support Center drug rehabilitation facility in Port Jervis, New York since December 21, 2007.

    I write at this time to request a modification of Mr. Brinkley's travel restrictions to allow Mr. Brinkley to travel to Richmond, Virginia from August 1 to August 3, 2008 to attend a family reunion. The director of Riverside Support Center has approved this trip. I have also spoken with Mr. Brinkley's pre-trial service officer, Dennis Khilkevich, who consents to this modification. I have spoken to Assistant United States Attorney, Carrie Cohen, who also consents to this modification.

*[Handwritten: 7/24/08 Application granted. SO ORDERED. James C. Francis IV USMJ]*

Respectfully submitted,

Jennifer Brown
Attorney for **Anthony Brinkley**
Tel.: (212) 417-8722

CC: AUSA, Carrie Cohen (212)637-2937 *via facsimile*
    Pre-trial Service Officer Dennis Khilkevich *via facsimile*